B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patriot Glass & Mirror, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **14-1756018** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3223 Guilderland Avenue**<br>**Schenectady, NY**<br>ZIP CODE **12306** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Schenectady** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3223 Guilderland Avenue, Schenectady, NY** | ZIP CODE **12306** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Patriot Glass & Mirror, Ltd.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Name of landlord that obtained judgment)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Glass & Mirror, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable_____
　Signature of Debtor

X __Not Applicable_____
　Signature of Joint Debtor

　_____
　Telephone Number (If not represented by attorney)

　_____
　Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable_____
　(Signature of Foreign Representative)

　_____
　(Printed Name of Foreign Representative)

　_____
　Date

---

### Signature of Attorney

X _____
　Signature of Attorney for Debtor(s)

　**Richard H.Weiskopf  Bar No. 102805**
　Printed Name of Attorney for Debtor(s) / Bar No.

　**O'Connell and Aronowitz**
　Firm Name

　**54 State Street 9th Floor**
　Address

　**Albany, NY 12207**

　**518-462-5601**　　　　**518-462-2670**
　Telephone Number

　_____7/28/11_____
　Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Authorized Individual

　**Marshall Tanner**
　Printed Name of Authorized Individual

　**Vice President**
　Title of Authorized Individual

　_____7/28/11_____
　Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

　**Not Applicable**
　Printed Name and title, if any, of Bankruptcy Petition Preparer

　_____
　Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

　_____
　Address

X __Not Applicable_____

　_____
　Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In re: **Patriot Glass & Mirror, Ltd.** _____,   Case No. _____

Debtor   Chapter **11**

# Exhibit "A" to Voluntary Petition

1.   If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.   The following financial data is the latest available information and refers to debtor's condition on .

a.   Total assets   $ _____ **1,055,185.00**

b.   Total debts (including debts listed in 2.c., below)   $ _____ **1,455,276.61**

|  |  | Approximate number of holders |
|---|---|---|

c.   Debt securities held by more than 500 holders.

   secured _____ unsecured _____ subordinated _____ _____   _____

d.   Number of shares of preferred stock   **0**   **0**

e.   Number of shares of common stock   **100**   **2**

   Comments, if any:

3.   Brief description of debtor's business:

   **Other**

4.   List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Marshall Tanner and Howard Tanner**

   _[signature]_                                   7-28-11

   _____

# United States Bankruptcy Court

## Northern District of New York

In re:                                                                      Case No. _____
                                                                            Chapter    11

    **Patriot Glass & Mirror, Ltd.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Marshall Tanner**, declare under penalty of perjury that I am the **Vice President** of **Patriot Glass & Mirror, Ltd.,** a  New York Corporation and that on **July 28, 2011** the following resolution was duly adopted by the **Marshall Tanner and Howard Tanner** of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Marshall Tanner, Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Marshall Tanner, Vice President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that **Marshall Tanner, Vice President** of this Corporation, is authorized and directed to employ **Richard H.Weiskopf,** attorney and the law firm of **O'Connell and Aronowitz** to represent the Corporation in such bankruptcy case."

Executed on: _____7/28/11_____                    Signed: _____
                                                                        Marshall Tanner

# United States Bankruptcy Court
## Northern District of New York

In re  Patriot Glass & Mirror, Ltd.                                    , Case No. _____

                                    Debtor                    Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Winslow Plumb<br>106 Union Street<br>Schenectady, NY 12305 | | | | $282,680.00 |
| Zimmcor (1993) Inc.<br>c/o Fox & Kowalewski<br>Edward Kowalewski, Esq.<br>4 Old Route 146, P.O. Box 958<br>Clifton Park, NY 12065 | | | | $221,387.25 |
| Painters Local 155<br>P.O. Box 471<br>Poughkeepsie, NY 12602 | | | | $119,000.00 |
| JE Berkowitz<br>One Gateway Blvd.<br>Pedricktown, NJ 08067 | | | | $75,191.00 |
| Morin Panels<br>9229 Paysphere Circle<br>Chicago, IL 60674 | | | | $55,344.00 |
| Skyworks Equipment Rental<br>100 Thielman Drive<br>Buffalo, NY 14206 | | | | $47,784.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Patriot Glass & Mirror, Ltd.** _____ ,  Case No. _____

_____
Debtor                                                     Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amsure Associates<br>P.O. Box 15044<br>Albany, Ny  12212 | | | | $28,605.00 |
| Crane & Parente<br>48 Howard St.<br>Albany, NY  12207 | | | | $13,491.00 |
| Jones Garneau LLP<br>670 White Plans Rd.<br>Scarsdale, NY  10583 | | | | $11,931.00 |
| International Painters & Allied Trades<br>7234 Parkway Drive<br>Hanover, MD  21076 | | | | $11,260.00 |
| Cornerstone Waterproofing<br>3581 County Highway 11<br>Cooperstown, NY  13326 | | | | $7,926.00 |
| Fastenal Company<br>P.O. Box 1286<br>Winona, MN  55987 | | | | $6,680.00 |

In re  **Patriot Glass & Mirror, Ltd.** _____ , Case No. _____

_____ Debtor

Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **YKK**<br>P.O. Drawer 100497<br>Atlanta, GA  30384 | | | | $5,956.00 |
| **Mayflower**<br>614 Bergen St.<br>Brooklyn, NY  11238 | | | | $5,548.00 |
| **Painters Insurance & Annuity Fund**<br>45 West 14th Street<br>New York, NY  10011 | | | | $5,300.00 |
| **Engineered Glazing Systems**<br>c/o Brady National Bank<br>P.O. Box 111<br>Brady, TX  76825 | | | | $4,800.00 |
| **CDPHP**<br>P.O. Box 5251<br>Binghamton, NY  13902 | | | | $4,025.00 |
| **Alcotex**<br>520 Clarke Road<br>London, Canada  N5V 2C7 | | | | $3,638.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Patriot Glass & Mirror, Ltd.**                                    , Case No. _____

_____

Debtor                                    Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Laurie Panel<br>5656 W. Clinton Avenue<br>Milwaukee, WI 53223 | | | | $3,490.00 |
| Pride Equipment<br>150 Nassau Avenue<br>Islip, NY 11751 | | | | $3,334.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Marshall Tanner, Vice President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ___7/28/14___                    Signature: _____

**Marshall Tanner ,Vice President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re **Patriot Glass & Mirror, Ltd.** _____

Case No. _____

Debtor

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 7 | $ 1,055,185.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 518,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 135,560.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 801,716.61 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $ 1,055,185.00 | $ 1,455,276.61 | |

## United States Bankruptcy Court
## Northern District of New York

In re **Patriot Glass & Mirror, Ltd.** _____,  Case No. _____

Debtor  Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $   0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   135,560.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   801,716.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 5) | | $   801,716.61 |

In re: **Patriot Glass & Mirror, Ltd.**  
　　　　　　　　　　　Debtor

Case No. _____  
　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total ➤ | 0.00

(Report also on Summary of Schedules.)

In re __Patriot Glass & Mirror, Ltd._____,  Case No. _____
                          Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Niagara Bank - checking | | 9,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Niagara Bank - payroll | | unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable | | 604,865.00 |

In re __Patriot Glass & Mirror, Ltd._____     Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet 2500 pickup with transfer tank | | 6,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevrolet 2500 pickup with Glass Rack | | 12,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Chevrolet 2500 pickup | | 33,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | Nissan Forklift | | 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Appliances | | 100.00 |
| Office equipment, furnishings, and supplies. | | Athena | | 6,000.00 |
| Office equipment, furnishings, and supplies. | | Barracuda spam filter | | 2,300.00 |
| Office equipment, furnishings, and supplies. | | Cell phones | | 1,000.00 |
| Office equipment, furnishings, and supplies. | | Computers | | 5,600.00 |
| Office equipment, furnishings, and supplies. | | Furniture | | 20,000.00 |

In re **Patriot Glass & Mirror, Ltd.** _____,     Case No. _____
                                    Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Panasonic printer | | 1,000.00 |
| Office equipment, furnishings, and supplies. | | Paper shredder | | 660.00 |
| Office equipment, furnishings, and supplies. | | Phone system | | 4,000.00 |
| Office equipment, furnishings, and supplies. | | Plotter | | 2,500.00 |
| Office equipment, furnishings, and supplies. | | Printer | | 12,000.00 |
| Office equipment, furnishings, and supplies. | | Server | | 5,000.00 |
| Office equipment, furnishings, and supplies. | | Timberline | | 25,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | 1/2" HD Drill | | 210.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 1/2" Impact Gun | | 260.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 10 chop saws | | 1,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 10-50' Leads | | 500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 10-Bulk Guns | | 450.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 1-24' Extension Ladder | | 175.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 12-Corded Drills | | 1,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 12-Screwguns | | 1,680.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 1-32' Extension Ladder | | 250.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 15 cordless drill kits | | 1,100.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 15-Harnesses | | 1,200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 17 Drill Press | | 275.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2 drycut saws | | 780.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2 Fab carts | | 800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 20 - 8 inch 1365 cups | | 1,365.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-12' Ladders | | 400.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 250 Feet Heavy Lead for Studwelder | | 1,300.00 |

In re __Patriot Glass & Mirror, Ltd._____,     Case No. _____
                              Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | 2-Banding Machines | | 575.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-Big Routers Bosch | | 600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-Easy Punch | | 1,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-Lighttowers | | 140.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-PLS5 Lasers | | 870.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-Routers | | 500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2-Topcon Laser | | 1,400.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 3 chainsaws | | 350.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 30-Ratcher Straps | | 300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 350 Feet Garden House | | 280.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 3-Pallet Jacks | | 1,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 3-Shop Vacs | | 325.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 3-Weed Eaters | | 150.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4 band saws | | 3,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4 circle saws | | 600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4 large cordless kits | | 4,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-10' Ladder Doubled Sided | | 1,700.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-100' Leads | | 440.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-4' Ladder Double Sided | | 1,200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-6' Ladder Double Sided | | 1,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-Disc Grinders | | 475.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 4-Welding Masks | | 300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 5 table saws | | 11,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 5-Easy Punch Jigs | | 6,500.00 |

In re __Patriot Glass & Mirror, Ltd._____,    Case No. _____
                           Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | 5-Rollers | | 200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 6 - 10 inch glass cups | | 680.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 6 curved glass cups | | 660.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 6 sheetrock carts | | 1,800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 6-PLS 3 Lasers | | 1,300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 7-Hammerdrills | | 2,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 7-Welding Blankets | | 925.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 8" Table Grinder | | 80.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 80 gallon compressor | | 2,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 9-Sawalls | | 1,800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Break machine | | 600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Bridgeport Machines | | 2,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | C&C Machine | | 50,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Caulk Room | | 6,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Craftsman 14" Vertical Band Saw | | 400.00 |
| Machinery, fixtures, equipment and supplies used in business. | | CTS Burger Transit Level | | 469.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Drag gun | | 1,300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Drill Press Jet | | 450.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Edwards Ironworker 50 Ton | | 6,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Esab Powercurt Plasma cutter | | 3,600.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Gas 135 welder | | 400.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Gas torches | | 1,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Generator | | 700.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Hendrick 16" Saw | | 1,200.00 |

In re **Patriot Glass & Mirror, Ltd.**                          Case No. _____
                          _____
                                    Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | Hilti Gun | | 400.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Hitachi 12" Mider Saw | | 300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Hobart Welder 135 | | 470.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Honda generator | | 375.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Lawn Mower | | 175.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Makita 12" Comp Mider | | 700.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Makita Steel Saw | | 325.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Material boom | | 950.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Pancaked Compressor | | 225.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Panel saw | | 1,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Passload Finish | | 275.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Passload Framer | | 325.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Portable Heater 700,000 BTU | | 1,200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Powershears | | 229.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Pressure washer | | 1,200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Racks | | 3,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Ramset Gun | | 730.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Razorguage - 30 ft | | 20,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Rigging chains | | 300.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Right Angle Drill | | 432.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Road saw | | 1,200.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Sandblaster | | 100.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Screws and Fastners | | 7,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Small gas torch | | 1,000.00 |

In re __Patriot Glass & Mirror, Ltd._____,    Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | Stud Welder | | 4,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Thermal Arch Rader pro | | 7,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Tiger stop | | 15,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Tile saw | | 800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Twin spindel drill | | 3,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Welding Rod Heater | | 435.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Wood power cups | | 9,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Worldwind saw | | 7,500.00 |
| 30. Inventory. | | Inventory | | 60,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

    __6__   continuation sheets attached      Total   >     **$1,055,185.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re __Patriot Glass & Mirror Ltd._____,     Case No. _____
                                    Debtor                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  Patriot Glass & Mirror, Ltd.                                    ,        Case No. _____

                           Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  42213868 <br><br> **First Niagara Bank** <br> **P.O. Box 28** <br> **Buffalo, NY  14240-0028** | | | **Vehicle Loan** <br> **2009 Chevrolet 2500 pickup** <br><br> **VALUE $33,000.00** | | | | 26,000.00 | 0.00 |
| ACCOUNT NO.  42602294 <br><br> **First Niagara Bank** <br> **P.O. Box 28** <br> **Buffalo, NY  14240-0028** | | | **Blanket Lien** <br> **All office equipment, furnishings and supplies - $79,760 (value)** <br><br> **All machinery, fixtures, equipment and supplies used in business - $238,060 (value)** <br><br> **Accounts receivables - $604,865 (value)** <br><br> **VALUE $922,685.00** | | | | 492,000.00 | 0.00 |

<u>0</u>    continuation sheets
       attached

                                        Subtotal  ➤                          $    518,000.00 | $         0.00
                                        (Total of this page)

                                        Total  ➤                             $    518,000.00 | $         0.00
                                        (Use only on last page)

                                        (Report also on Summary of        (If applicable, report
                                        Schedules)                         also on Statistical
                                                                           Summary of Certain
                                                                           Liabilities and
                                                                           Related Data.)

In re   **Patriot Glass & Mirror, Ltd.**                                          Case No.   _____
                                Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑    **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

In re  **Patriot Glass & Mirror, Ltd.**                                    Case No. _____
                    Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Contributions to Employee Benefit Plans

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    520853800<br>**International Painters & Allied Trades**<br>**7234 Parkway Drive**<br>**Hanover, MD  21076** | | | | | | | 11,260.00 | 11,260.00 | $0.00 |
| ACCOUNT NO.<br>**Painters Insurance & Annuity Fund**<br>**45 West 14th Street**<br>**New York, NY  10011** | | | | | | | 5,300.00 | 5,300.00 | $0.00 |
| ACCOUNT NO.<br>**Painters Local 155**<br>**P.O. Box 471**<br>**Poughkeepsie, NY  12602** | | | | | | | 119,000.00 | 119,000.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals>
(Totals of this page)                  $ **135,560.00**   $ **135,560.00**  $ **0.00**

Total  >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)        $ **135,560.00**

Total  >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )                  $ **135,560.00**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re **Patriot Glass & Mirror, Ltd.** _____     Case No. _____
                                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>**Alcotex** <br>**520 Clarke Road** <br>**London, Canada  N5V 2C7** | | | | | | | 3,638.00 |
| ACCOUNT NO.  <br><br>**Amsure Associates** <br>**P.O. Box 15044** <br>**Albany, Ny  12212** | | | | | | | 28,605.00 |
| ACCOUNT NO.  <br><br>**Cavalier** <br>**600 Consalus Avenue** <br>**Schenectady, NY  12306** | | | | | | | 1,076.00 |
| ACCOUNT NO.  <br><br>**CDPHP** <br>**P.O. Box 5251** <br>**Binghamton, NY  13902** | | | | | | | 4,025.00 |
| ACCOUNT NO.  <br><br>**Cornerstone Waterproofing** <br>**3581 County Highway 11** <br>**Cooperstown, NY  13326** | | | | | | | 7,926.00 |

8   Continuation sheets attached

Subtotal ➤ | $ | 45,270.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Patriot Glass & Mirror, Ltd.** _____     Case No. _____
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>County Waste & Recycling Service <br>P.O. Box 431 <br>Clifton Park, NY 12065 | | | | | | | 653.00 |
| ACCOUNT NO. <br><br>Crane & Parente <br>48 Howard St. <br>Albany, NY 12207 | | | | | | | 13,491.00 |
| ACCOUNT NO. <br><br>Culligan <br>P.O. Box 5277 <br>Carol Stream, IL 60197 | | | | | | | 202.00 |
| ACCOUNT NO. <br><br>DataFlow <br>320 N Goodman St. - Suite 200 <br>Rochester, NY 14607 | | | | | | | 1,034.00 |
| ACCOUNT NO. <br><br>Engineered Glazing Systems <br>c/o Brady National Bank <br>P.O. Box 111 <br>Brady, TX 76825 | | | | | | | 4,800.00 |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ | 20,180.00

Total ▷ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Patriot Glass & Mirror, Ltd._____     Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Exxon Mobil**<br>P.O. Box 688938<br>Des Moines, IA  50368 | | | | | | | 912.00 |
| ACCOUNT NO.<br><br>**Fastenal Company**<br>P.O. Box 1286<br>Winona, MN  55987 | | | | | | | 6,680.00 |
| ACCOUNT NO.<br><br>**Federal Express**<br>P.O. box 371461<br>Pittsburgh, PA  15250 | | | | | | | 122.00 |
| ACCOUNT NO.<br><br>**Holiday Inn**<br>3131 Nesconset Highway<br>Center Reach, NY  11720 | | | | | | | 973.36 |
| ACCOUNT NO.<br><br>**JE Berkowitz**<br>One Gateway Blvd.<br>Pedricktown, NJ  08067 | | | | | | | 75,191.00 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $        83,878.36

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Patriot Glass & Mirror, Ltd.</u>
        Debtor

Case No. _____
        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jones Garneau LLP<br>670 White Plains Rd.<br>Scarsdale, NY 10583 | | | | | | | 11,931.00 |
| ACCOUNT NO.<br><br>Kamco Supply<br>P.O. Box 530<br>Wallingford, CT 06492 | | | | | | | 289.00 |
| ACCOUNT NO.<br><br>Laurie Panel<br>5656 W. Clinton Avenue<br>Milwaukee, WI 53223 | | | | | | | 3,490.00 |
| ACCOUNT NO.<br><br>Lowes<br>P.O. Box 530970<br>Atlanta, GA 30353 | | | | | | | 753.00 |
| ACCOUNT NO.<br><br>Mayflower<br>614 Bergen St.<br>Brooklyn, NY 11238 | | | | | | | 5,548.00 |

Sheet no. <u>3</u> of <u>8</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $ | 22,011.00

Total  ▷  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Patriot Glass & Mirror, Ltd._____          Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Morin Panels** <br> **9229 Paysphere Circle** <br> **Chicago, IL 60674** | | | | | | | 55,344.00 |
| ACCOUNT NO. <br><br> **New Penn** <br> **24801 Network Place** <br> **Chicago, IL 60673** | | | | | | | 583.00 |
| ACCOUNT NO. <br><br> **Old Castle Glass** <br> **803 Airport Rd.** <br> **Terrell, TX 75160** | | | | | | | 50.00 |
| ACCOUNT NO. <br><br> **Package One** <br> **376 Broadway** <br> **Schenectady, NY 12305** | | | | | | | 820.00 |
| ACCOUNT NO. <br><br> **Pitney Bowes Global** <br> **P.O. Box 371887** <br> **Pittsburgh, PA 15250** | | | | | | | 347.00 |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 57,144.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Patriot Glass & Mirror, Ltd.**

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 237.00 |
| Pitney Bowes Purchase Power P.O. Box 371874 Pittsburgh, PA 15250 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,334.00 |
| Pride Equipment 150 Nassau Avenue Islip, NY 11751 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,676.00 |
| Ryder Transportation Service P.O. Box 96723 Chicago, IL 60693 | | | | | | | |
| ACCOUNT NO. | | | | | | | 47,784.00 |
| Skyworks Equipment Rental 100 Thielman Drive Buffalo, NY 14206 | | | | | | | |
| ACCOUNT NO. | | | | | | | 843.00 |
| Sunoco P.O. Box 689156 Des Moines, IA 50368 | | | | | | | |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $  53,874.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Patriot Glass & Mirror, Ltd.** _____     Case No. _____

_____Debtor_____                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Syracuse Glass<br>One General Motors Dr.<br>Syracuse, NY 13206 | | | | | | | 3,323.00 |
| ACCOUNT NO.<br><br>TB Philly<br>400 Thomas Drive<br>Suite 411<br>Phoenixville, PA 19460 | | | | | | | 2,765.00 |
| ACCOUNT NO.<br><br>Time Warner Cable<br>P.O. Box 0377<br>Buffalo, NY 14240 | | | | | | | 542.00 |
| ACCOUNT NO.<br><br>United Rentals<br>1401 Vischer Ferry Road<br>Clifton Park, NY 12065 | | | | | | | 1,499.00 |
| ACCOUNT NO.<br><br>United Welding<br>P.O. Box 295<br>Amsterdam, NY 12010 | | | | | | | 138.00 |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 8,267.00

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Patriot Glass & Mirror, Ltd.</u>                                    Case No. _____

                                                Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19171 | | | | | | | 33.00 |
| ACCOUNT NO.<br><br>Viracon<br>SDS 12-0570<br>P.O. Box 86<br>Minneapolis, MN 55486 | | | | | | | 64.00 |
| ACCOUNT NO.<br><br>W.B. Mason<br>P.O. Box 55840<br>Boston, MA 02205 | | | | | | | 972.00 |
| ACCOUNT NO.<br><br>Winslow Plumb<br>106 Union Street<br>Schenectady, NY 12305 | | | | | | | 282,680.00 |
| ACCOUNT NO.<br><br>YKK<br>P.O. Drawer 100497<br>Atlanta, GA 30384 | | | | | | | 5,956.00 |

Sheet no. <u>7</u> of <u>8</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          289,705.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Patriot Glass & Mirror, Ltd.**                                    Case No. _____

                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 221,387.25 |
| **Zimmcor (1993) Inc.** c/o Fox & Kowalewski Edward Kowalewski, Esq. 4 Old Route 146, P.O. Box 958 Clifton Park, NY 12065 | | | Judgment | | | | |

Sheet no.  8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ 221,387.25

Total  ➤  $ 801,716.61

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re:  Patriot Glass & Mirror, Ltd.                                    ,     Case No. _____
                          Debtor                                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Brighter Choice Charter School**<br>**395 Elm Street**<br>**Albany, NY 12206** | installation and construction contract - assume |

In re: **Patriot Glass & Mirror, Ltd.**
_____,
Debtor

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

In re **Patriot Glass & Mirror Ltd.**                                    Case No. _____
_____                                              _____
                        **Debtor**                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ _____ | $ _____ |
| 2. Estimate monthly overtime | | $ _____ | $ _____ |
| 3. SUBTOTAL | | $ _____ 0.00 | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a. Payroll taxes and social security | | $ _____ | $ _____ |
|     b. Insurance | | $ _____ | $ _____ |
|     c. Union dues | | $ _____ | $ _____ |
|     d. Other (Specify) _____ | | $ _____ 0.00 | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ _____ 0.00 | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ _____ 0.00 | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ _____ | $ _____ |
| 11. Social security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | | $ _____ 0.00 | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ _____ 0.00 | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ _____ 0.00 | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**
_____
_____

In re **Patriot Glass & Mirror Ltd.** _____,   Case No. _____

Debtor   (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | |
|     a. Are real estate taxes included?   Yes _____   No ✓ | | |
|     b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | |
|     b. Water and sewer | $ | |
|     c. Telephone | $ | |
|     d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | |
| 5. Clothing | $ | |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | |
|     b. Life | $ | |
|     c. Health | $ | |
|     d. Auto | $ | |
|     e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | |
|     b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
|     b. Average monthly expenses from Line 18 above | $ | 0.00 |
|     c. Monthly net income (a. minus b.) | $ | 0.00 |

In re:   **Patriot Glass & Mirror, Ltd.**                    Case No. _____

                                                          Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

|  |  |
|---|---|
| 1.  Gross Income For 12 Months Prior to Filing: | $    **6,653,771.00** |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  |  |
|---|---|
| 2.  Gross Monthly Income: | $     **400,000.00** |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $     **81,700.00** |
| 4.  Payroll Taxes | **0.00** |
| 5.  Unemployment Taxes | **0.00** |
| 6.  Worker's Compensation | **5,928.92** |
| 7.  Other Taxes | **0.00** |
| 8.  Inventory Purchases (Including raw  materials) | **0.00** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **1,400.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **5,300.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | |
| **First Niagara Bank - 2009 Chevrolet** | **697.00** |
| **Credit LIne** | **2,500.00** |
| 21. Other (Specify): | |
| **Water and sewer** | **3.00** |
| **Telephone** | **600.00** |
| **Cell phone** | **1,400.00** |
| **Health insurance** | **4,079.00** |
| **Auto insurance** | **791.00** |
| **Business liability insurance** | **4,413.00** |
| **Real estate taxes** | **881.00** |
| **Garbage** | **653.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | $     **110,345.92** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

|  |  |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | $     **289,654.08** |

In re  **Patriot Glass & Mirror, Ltd.** _____  Case No. _____
                                    **Debtor**                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Marshall Tanner**, the **Vice President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ 7/28/11 _____          Signature: _____

                                         **Marshall Tanner Vice President** _____
                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

In re: **Patriot Glass & Mirror, Ltd.**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Howard Tanner<br>13 Towpath Lane<br>Waterford, NY 12188 | common | | |
| Marshall Tanner<br>879 Maura Lane<br>Glenville, NY 12302 | common | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Marshall Tanner, Vice President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _____7/28/11_____                    _____
                                                                  Marshall Tanner, Vice President, Patriot Glass &
                                                                  Mirror, Ltd.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In re: **Patriot Glass & Mirror, Ltd.**                                      ,                    Case No. _____

                                     Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **10,000,000.00** | **Business revenue** | **2009** |
| **7,444,178.00** | **Business revenue** | **2010** |
| **3,966,909.00** | **Business revenue** | **2011** |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Alcotex 520 Clarke Road London, Canada N5V 2C7 | 5/18/11, 6/1/11, 6/14/11 | 21,405.78 | 3,638.00 |
| C.R. Laurence Co. | 4/8/11 | 8,981.55 | 0.00 |
| CDPHP P.O. Box 5251 Binghamton, NY 13902 | 4/8/11, 5/13/11, 6/1/11 | 18,451.03 | 4,025.00 |
| Fastenal P.O. Box 1286 Winona, MN 55987 | 4/8/11, 5/13/11, 5/24/11 | 11,852.57 | 6,680.00 |
| First Niagara Bank P.O. Box 28 Buffalo, NY 14240 | 4/21/11 | 11,000.00 | 518,000.00 |
| International Painters & Allied Tra 7234 Parkway Drive Hanover, MD 21076 | 6/1/11 | 49,369.95 | 11,260.00 |
| JE Berkowtiz One Gateway Blvd Pedricktown, NJ 08067 | 4/8/11, 5/13/11, 5/18/11, 6/1/11 | 67,280.54 | 75,191.00 |
| Kivort Steel | 4/8/11, 6/16/11 | 6,844.18 | 0.00 |
| Mayflower 614 Bergen Street Brooklyn, NY 11238 | 4/8/11, 4/21/11, 5/18/11, 6/1/11 | 52,707.79 | 5,548.00 |
| MG Trust Company | 4/5/11, 4/12/11, 4/19/11, 4/25/11, 5/2/11, 5/10/11, 5/16/11, 5/23/11, 5/31/11, 6/7/11, 6/13/11, 6/21/11, 6/27/11 | 8,882.01 | 0.00 |
| MVP Health Care | 5/13/11 | 6,575.12 | 0.00 |
| O'Connell and Aronowitz 54 State Street Albany, NY 12207 | 6/2/11 | 10,000.00 | 0.00 |
| Old Castle 803 Airport Road Terrell, TX 75160 | 5/18/11, 6/1/11 | 54,618.17 | 50.00 |
| Painters Insurance & Annuity Fund 45 West 14th Street New York, NY 10011 | 6/1/11 | 39,149.05 | 0.00 |
| Ryder P.O. Box 96723 Chicago, IL 60693 | 4/8/11, 5/13/11, 6/1/11 | 6,687.11 | 1,676.00 |

| | | | |
|---|---|---|---|
| **Skyworks**<br>100 Thielman Drive<br>Buffalo, NY 14206 | 4/8/11, 5/13/11, 6/1/11 | 16,899.53 | 47,784.00 |
| **Viracon**<br>SDS 12-0570<br>P.O. Box 86<br>Minneapolis, MN 55486 | 5/18/11, 6/1/11 | 14,473.13 | 64.00 |
| **Winslow Plumb**<br>106 Union Street<br>Schenectady, NY 12305 | 4/8/11, 6/1/11 | 46,073.00 | 282,680.00 |
| **YKK**<br>P.O. Drawer 100497<br>Atlanta, GA 30384 | 5/3/11, 6/2/11 | 13,195.50 | 5,956.00 |
| **Zurich North American** | 5/23/11 | 11,651.81 | 0.00 |

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zimmcor v. Patriot Glass & Mirror, Ltd.** | arbitration award | **Schenectady Co. Supreme Court** | **Judgment entered** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Zimmcor (1993) Inc.**<br>c/o Fox & Kowalewski<br>Edward Kowalewski, Esq.<br>4 Old Route 146,  P.O. Box 958<br>Clifton Park, NY  12065 | 7/28/11 | **First Niagara Bank accounts** |



## 5.  Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS. | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| O'Connell and Aronowitz<br>54 State Street<br>9th Floor<br>Albany, NY 12207 | July 2011 | $15,000 |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Howard Tanner<br>13 Toll Path Lane<br>Waterford, NY 12188 | 5/26/11 | 2011 Chevrolet 2500 pick up - $29,000 |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Patriot Glass & Mirror, Ltd. | 14-1756018 | 3223 Guilderland Avenue Schenectady, NY 12306 | | 1990 present |

None
☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Robin Amell | 2009 to present |
| Tiel Becker, CPA's | 2009 to present |

None
☐
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| Local 580 | | |
| Worker's Compensation | | 3/31/09 to 3/31/10 |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Patriot Glass & Mirror | |
| Robin Amell | |
| Tiel, Becker, CPA's | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Amsure Associates | 3/21/11 |
| First Niagara Bank | 3/21/11 |

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Howard Tanner | President | 49% |
| Marshall Tanner | Vice President | 51% |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Howard Tanner | President | February 2011 |

## 23. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Howard Tanner** | **salary** | **$155,833** |
| **Marshall Tanner** | **Salary** | **170,000** |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **International Painters et al** | **520853800** |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   7/28/11                    Signature

**Marshall Tanner, Vice President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of New York**

In re: **Patriot Glass & Mirror, Ltd.**
_____

Debtor

Case No. _____

Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 3,830.50 |
| Balance Due | $ | 11,169.50 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _7/8/4_____

_____
**Richard H. Weiskopf, Bar No. 102805**

**O'Connell and Aronowitz**
Attorney for Debtor(s)

# United States Bankruptcy Court
## Northern District of New York

In re **Patriot Glass & Mirror, Ltd.**                     Case No.

Debtor.                                                     Chapter     **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Patriot Glass & Mirror, Ltd.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____     All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                        **% of Shares Owned**

**None**

OR,

____**X**____     There are no entities to report.

By: _____

     **Richard H. Weiskopf**
     Signature of Attorney

Counsel for     **Patriot Glass & Mirror, Ltd.**

Bar no.:     **102805**

Address.:     **O'Connell and Aronowitz**
            **54 State Street**
            **9th Floor**
            **Albany, NY 12207**

Telephone No.: **518-462-5601**

Fax No.:     **518-462-2670**

E-mail address: **rweiskopf@oalaw.com**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re **Patriot Glass & Mirror, Ltd., Debtor**       )    Case No. _____

                                         )    Chapter   **11**_____

Address:  **3223 Guilderlaned Avenue**
              **Schenectady, NY  12306**

      _____

Employer's Tax Identification (EIN) No(s)[if any]
**14-1756018**

Last four digits of Social Security No(s). [if any]

_____

## CERTIFICATION OF MAILING MATRIX

    I (we), **Richard H.Weiskopf,** the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated: ___7/28/11___

                                       _____
                                       Richard H.Weiskopf
                                       Attorney for (Debtor/Petitioner
                                       (Debtor(s)/Petitioner(s))

Alcotex
520 Clarke Road
London, Canada  N5V 2C7

Old Castle Glass
803 Airport Rd.
Terrell, TX  75160

Amsure Associates
P.O. Box 15044
Albany, Ny  12212

Brighter Choice Charter School
395 Elm Street
Albany, NY 12206

Cavalier
600 Consalus Avenue
Schenectady, NY  12306

County Waste & Recycling Service
P.O. Box 431
Clifton Park, NY  12065

Cornerstone Waterproofing
3581 County Highway 11
Cooperstown, NY  13326

Crane & Parente
48 Howard St.
Albany, NY  12207

CDPHP
P.O. Box 5251
Binghamton, NY  13902

```
Culligan
P.O. Box 5277
Carol Stream, IL  60197

DataFlow
320 N Goodman St. - Suite 200
Rochester, NY  14607

Engineered Glazing Systems
c/o Brady National Bank
P.O. Box 111
Brady, TX  76825

Exxon Mobil
P.O. Box 688938
Des Moines, IA  50368

Fastenal Company
P.O. Box 1286
Winona, MN  55987

Federal Express
P.O. box 371461
Pittsburgh, PA  15250

First Niagara Bank
P.O. Box 28
Buffalo, NY  14240-0028

Holiday Inn
3131 Nesconset Highway
Center Reach, NY  11720

Howard Tanner
13 Towpath Lane
Waterford, NY  12188
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

International Painters & Allied Tra
7234 Parkway Drive
Hanover, MD  21076

JE Berkowitz
One Gateway Blvd.
Pedricktown, NJ  08067

Jones Garneau LLP
670 White Plans Rd.
Scarsdale, NY  10583

Kamco Supply
P.O. Box 530
Wallingford, CT  06492

Laurie Panel
5656 W. Clinton Avenue
Milwaukee, WI  53223

Lowes
P.O. Box 530970
Atlanta, GA  30353

Marshall Tanner
879 Maura Lane
Glenville, NY  12302

Mayflower
614 Bergen St.
Brooklyn, NY  11238

Morin Panels
9229 Paysphere Circle
Chicago, IL  60674

New Penn
24801 Network Place
Chicago, IL  60673

NYS Department of Tax & Finance
Bankruptcy Section
Special Procedures
P.O. Box 5300
Albany, NY  12205-0300

Ryder Transportation Service
P.O. Box 96723
Chicago, IL  60693

Package One
376 Broadway
Schenectady, NY  12305

Painters Insurance & Annuity Fund
45 West 14th Street
New York, NY  10011

Painters Local 155
P.O. Box 471
Poughkeepsie, NY  12602

Pitney Bowes Global
P.O. Box 371887
Pittsburgh, PA  15250

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA  15250

Pride Equipment
150 Nassau Avenue
Islip, NY  11751

Skyworks Equipment Rental
100 Thielman Drive
Buffalo, NY  14206

Sunoco
P.O. Box 689156
Des Moines, IA  50368

Syracuse Glass
One General Motors Dr.
Syracuse, NY  13206

TB Philly
400 Thomas Drive
Suite 411
Phoenixville, PA  19460

Time Warner Cable
P.O. Box 0377
Buffalo, NY  14240

United Rentals
1401 Vischer Ferry Road
Clifton Park, NY  12065

United Welding
P.O. Box 295
Amsterdam, NY  12010

UPS
P.O. Box 7247-0244
Philadelphia, PA  19171

```
Viracon
SDS 12-0570
P.O. Box 86
Minneapolis, MN  55486

W.B. Mason
P.O. Box 55840
Boston, MA  02205

Winslow Plumb
106 Union Street
Schenectady, NY  12305

YKK
P.O. Drawer 100497
Atlanta, GA  30384

Zimmcor (1993) Inc.
c/o Fox & Kowalewski
Edward Kowalewski, Esq.
4 Old Route 146,  P.O. Box 958
Clifton Park, NY  12065
```