UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

IN RE:    AFFIDAVIT PURSUANT
          TO LOCAL RULE 2015-6

PATRIOT GLASS & MIRROR, LTD.,

                                    Chapter 11
                        Debtor.     Bk No. 11

-----------------------------------------------------------------

STATE OF NEW YORK )
COUNTY OF ALBANY  ) ss.:

    MARSHALL TANNER, being duly sworn, deposes and says:

1. That he is the Vice President of the debtor captioned above.

2. Your deponent prepares this affidavit in compliance with Local Rule 2015.6.

3. That this case was originally commenced under Chapter 11.

4. No committee was organized prior to the Order for relief in this case.

5. The 20 largest unsecured creditors, excluding insiders, are as follows:

    1.    Winslow Plumb
    106 Union Street
    Schenectady, New York 12305
    Amount of Claim: $282,680.00

    2.    Zimmcor (1993) Inc.
    c/o Fox & Kowalewski
    Edward Kowlaewski, Esq.
    4 Old Route 146
    P.O. Box 958
    Clifton Park, New York 12065
    Amount of Claim: $221,387.25

    3.    Painters Local 155
    P.O. Box 471
    Poughkeepsie, New York 12602
    Amount of Claim: $119,000.00

    4.    JE Berkowitz
    One Gateway Boulevard
    Poughkeepsie, New York 12602
    Amount of Claim: $75,191.00

5. Morin Panels
   9229 Paysphere Circle
   Chicago, IL 60674
   Amount of Claim: $55,344.00

6. Skyworks Equipment Rental
   100 Thielman Drive
   Buffalo, New York 14206
   Amount of Claim - $47,784.00

7. Amsure Associates
   P.O. Box 15044
   Albany, New York 12212
   Amount of Claim: $28,605.00

8. Crane & Parente
   48 Howard Street
   Albany, New York 12207
   Amount of Claim: $13,491.00

9. Jones Garneau LLP
   670 White Plains Road
   Scarsdale, New York 10583
   Amount of Claim: $11,931.00

10. International Painters & Allied Traders
    7234 Parkway Drive
    Hanover, MD 21076
    Amount of Claim: $11,260.00

11. Cornerstone Waterproofing
    3581 County Highway 11
    Cooperstown, New York 13326
    Amount of Claim: $7,926.00

12. Fastenal Company
    P.O. Box 1286
    Winona, MN 55987
    Amount of Claim: $6,680.00

13. YKK
    P.O. Drawer 100497
    Atlanta, GA 30384
    Amount of Claim: $5,956.00

14. Mayflower
    614 Bergen Street
    Brooklyn, New York 11238
    Amount of Claim: $5,548.00

15. Painters Insurance & Annuity Fund
    45 West 14th Street
    New York, New York 10011
    Amount of Claim: $5,300.00

16. Engineered Glazing Systems
    c/o Brady National Bank
    P.O. Box 111
    Brady, TX 76825
    Amount of Claim: $4,800.00

17. CDPHP
    P.O. Box 5251
    Binghamton, New York 13902
    Amount of Claim: $4,025.00

18. Alcotex
    520 Clarke Road
    London, Canada N5V 2C7
    Amount of Claim: $3,638.00

19. Laurie Panel
    5656 W. Clinton Avenue
    Milwaukee, WI 53223
    Amount of Claim: $3,490.00

20. Pride Equipment
    150 Nassau Avenue
    Islip, New York 11751
    Amount of Claim: $3,334.00

6. The purpose for the debtor's filing is to have orderly liquidation and finalization of business activity.

7. The debtor's current balance sheet indicates assets totaling approximately $1,202,585.00. Approximate liabilities total $1,455,276.61.

8. The corporation has two shareholders, with Marshall Tanner holding a 51% interest in the debtor and Howard Tanner holding a 49 % interest in the debtor.

3

9. That no property of the debtor is in the hands of any third persons as defined in Rule 2015-6(3).

10. There is an arbitration proceeding resulting in a judgment in favor of Zimmcor (1993) Inc. The arbitration award is in the amount of $221,387.25

11. All of the property of the debtor is located at the business premises at 3223 Guilderland Avenue, Schenectady, New York 12306

12. The payroll for the debtor is handled by the debtor.

13. Debtor estimates that the weekly payroll for the next 30 days will be $100,000.00 which is inclusive of withholding taxes, workers' compensation contributions and employers' FICA contribution.

14. The shareholder's income of $3,400.00 per week is included in the payroll figures set forth immediately above.

15. The estimated cash receipts for the 30 days following filing are unknown and the net amount available after payment of all operating expenses is estimated as unknown.

_____
MARSHALL TANNER, VICE PRESIDENT

Sworn to before me this
28th day of July, 2011

_____
NOTARY PUBLIC

4